Phuong Kim Nguyen (SBN 246471)
55 E. Empire Street
San Jose, CA 95112
Telephone: (408) 947-7717
Facsimile: (408) 947-7716
Email: pknesq1@sbcglobal.net

JS-6

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Hau V. Pham, | ) No. 8:08-cv-00867 JVS (ANx) |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING ACTION |
| Christina Poulos, et al., | ) |
| Defendants. | ) [Before the Honorable Judge James V. Selna] |

The Court having considered the parties' Stipulation to Dismiss,

IT IS SO ORDERED THAT the above-captioned action be dismissed without prejudice. Each party shall bear their own costs and fees, including attorneys' fees.

DATED: October 17, 2008

_____
JAMES V. SELNA
United States District Judge

Presented by:
Phuong Kim Nguyen
SBN 246471
55 E. Empire Street
San Jose, CA 95112
Telephone: (408) 947-7717
Facsimile: (408) 947-7716
Email: pknesq1@sbcglobal.net

Attorney for Plaintiff Hau V. Pham